UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL POWELL, | No. 2:16-cv-1047 MCE CKD PS |
| Plaintiff, | |
| v. | ORDER |
| TOMERY DARLING, | |
| Defendant. | |

This action was removed from state court.  On June 15, 2016, findings and recommendations were filed recommending that this action be remanded to state court for lack of subject matter jurisdiction under the <u>Rooker-Feldman</u> doctrine.  That same day, defendant filed two motions, a motion to quash and a motion to stay.  In light of the pending findings and recommendations, the motions will be denied without prejudice to their renewal upon resolution by the District Judge of the findings and recommendations.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to quash (ECF No. 8) and motion to stay (ECF No. 9) are denied without prejudice.

Dated: June 27, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 powell-darling0304.fts

1