1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MICHAEL POWELL,                              No.  2:16-cv-1047 MCE CKD PS

12              Plaintiff,

13         v.                                      ORDER

14    TOMERY DARLING,

15              Defendant.

16

17         This matter was referred to a United States Magistrate Judge pursuant to Local Rule

18    302(c)(21).

19         On June 15, 2016, the magistrate judge filed findings and recommendations herein which

20    were served on the parties and which contained notice to the parties that any objections to the

21    findings and recommendations were to be filed within fourteen days.  Objections to the findings

22    and recommendations have been filed.

23         In accordance with the provisions of 28 U.S.C. §  636(b)(1)(C) and Local Rule 304, this

24    court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

25    court finds the findings and recommendations to be supported by the record and by proper

26    analysis.

27    /////

28    /////

                                                  1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.  The findings and recommendations filed June 15, 2016 are adopted in full;

3        2.  This action is remanded to the Superior Court of California, County of Placer; and

4        3.  The motion to vacate judgment (ECF No. 6) is denied for lack of subject matter

5    jurisdiction.

6        IT IS SO ORDERED.

7    Dated:  July 5, 2016

8

9    MORRISON C. ENGLAND, JR
     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2